ELAINE DeCARLO *v.* MICHAEL A. LOMBARDO
(7566)

DUPONT, C. J., STOUGHTON and NORCOTT, Js.

Argued May 10—decision released May 17, 1989

*John Lino Ponzini,* with whom, on the brief, was *Geoffrey S. Brandner,* for the appellant (plaintiff).

*Glen A. Canner,* with whom, on the brief, was *Michael T. Bologna,* for the appellee (defendant).

PER CURIAM. There is no error.